# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

CHAMBERS OF
ANN D. MONTGOMERY
DISTRICT JUDGE

13W U.S. COURTHOUSE
MINNEAPOLIS, MINNESOTA 55415
612. 664.5090

November 30, 2004

Bright Falodun, No. 10262-041-B
FCI Sandstone
P.O. Box 1000
Sandstone, MN 55072-1000

Re: United States of America v.
Bright Falodun
Criminal No. 01-380(01)

Dear Mr. Falodun:

I have received your letter of November 24, 2004, which requests that I issue court orders relating to assets you claim are your property. No such orders will be issued. Your requests are denied.

Very truly yours,

s/Ann D. Montgomery

Ann D. Montgomery