Nov. 24, 2004

Judge Ann D. Montgomery
US Courthouse
300 So Fourth St.
Minneapolis, MN 55415

RE: Criminal No.01-380-(01)
(ADM/RLE)

Honorable Judge Montgomery,

I am requesting that you give a court order to the Senior Criminal Research Spec., Sandra L. Bredemus to give a list of the items that are being held back. All of the items ceased during the search warrant for 1/10/02. As you can see by the enclosed letter to her that there was several items ceased that was not on the list I did receive. I wrote to Washington and to her but have not received a reply from either of them. I am requesting a list and inventory of all assets and properties that were ceased from any place that was related to this case. I am asking that the list be itemized so that I can understand it.

Also enclosed is a copy of the check deposited into my account which now has a hold on it. This money was not illegal and not part of the money ceased. I am asking that the court move that the hold be lifted so I have access to that money. The account number is 199695 at the Twin City CO-OPS Norhttown Branch.

Thank you for your cooperation in these matters. I also look forward to your response.

Respectfully,

Bright Falodun # 10262-041-B
FCI Sandstone, MN
P O Box 1000
Sandstone, MN 55072-1000

cc: David MacLaughlin, AUSA
cc: file

RECEIVED
NOV 30 2004
U.S. DISTRICT COURT
JUDGE MONTGOMERY CHAMBERS
SCANNED
DEC 1 2004
U.S. DISTRICT COURT