Oct. 25, 2004

Sandra L. Bredemus
Sr. Crim. Reserach Spec.
U.S. Courthouse
300 So. Fourth St.
Minneapolis, MN 55415

01cr380(1)ADM/RLE

214-813-16881-S

Dear Sandra Bredemus,

As per our discussion, I am requesting that you please send me a list of the items that you are holding back. I am talking about all of the items ceased during the search warrant for 1/10/02. There was several various items that was ceased that are not on the list. I wrote to Washington for the list but I have not received any reply. I am requesting a list and inventory of all assets and properties that were ceased from anyplace that was related to this case. I want the list to be itemized so that I can understand it. This includes everything that was taken from anyplace that they felt was related.

I want to thank you for your cooperation and I will be looking forward to your response on this urgent matter.

Respectfully,

Bright Falodun # 10262-041-B
FCI Sandstone, MN
P O Box 1000
Sandstone, MN 55072-1000

cc: File
cc: David MacLuaghlin, AUSA

SCANNED
DEC 1 2004
US DISTRICT COURT MPLS

No. 24526696

CLAIM ACCOUNT

| CLAIM NO | DATE OCC | INSURED | DATE ISSUED | AMOUNT |
|---|---|---|---|---|
| 66A960975 | 12/01/00 | FALODUN, STEPHEN | 11/15/01 | $******372.35 |

PAYMENT COVERS
SETTLEMENT OF COMPREHENSIVE LOSS LESS ~~DEDUCTIBLE~~

PAY THREE HUNDRED SEVENTY-TWO AND 35/100

DAIRYLAND INSURANCE COMPANY

TO THE ORDER OF
FALODUN, STEPEN
PO BOX 29732
BROOKLYN PARK MN 55429

⑈24526696⑈ ⑆075901354⑆ ⑈0 139 207 7⑈ ⑈0000037235⑈


4141563347
[redacted]

**MICR Line:**

| | | | | | |
|---|---|---|---|---|---|
| Amount | $3,021.23 | Date | 10/24/2001 | CPCS # | 33988722 |
| Account # | 1687870 | Check # | 671003902 | Routing/Transit # | 7191558 |

Nationwide® Insurance

HARRIS BANK ROSELLE ROSELLE, ILLINOIS 70-1558 719

CHECK NUMBER 671003902

NATIONWIDE MUTUAL FIRE INSURANCE COMPANY
DES MOINES, IA 50391-5574

CHECK DATE 10/15/2001

VOID IF NOT CASHED WITHIN 3 MONTHS OF CHECK DATE

CLAIM NUMBER 22N00032 POLICY NUMBER 7222C 0000122224 LOSS DATE 02/18/2001
INSURED FALODUN,STEPHEN,I

CHECK AMOUNT ******$3,021.23 **

PAY Three Thousand Twenty One and 23/100 Dollars

PAY TO THE ORDER OF FALODUN,STEPHEN,I
P O BOX 29732
BROKEN PARK MN 554290732

Allied Insurance

⑈671003902⑈ ⑆071915580⑆ 04⑈168⑈787⑈0⑈ ⑈0000302123⑈

4625117

THIS CHECK MUST BE ENDORSED BY ALL PAYEES EXACTLY AS DRAWN

Stephen Falodun, Order to Bright Falodun

TWIN CITY CO-OPS FCU
NORTHTOWN BRANCH
OCT 22 2001
FOR DEPOSIT ONLY
▸291075164◂

0910-0008-0
51007984 0-0030 RDPC
510079840270003 0710-0030-1
5100798402 000 10 24 01
750127000 1959 1413 14 75 110

0910-0008-0
490065526
490065526 10-24-01
490065526 604 938 22

33988722