RECEIVED
BY MAIL
MAR 23 2005
CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-380 (1) (ADM/RLE)
Civil No. 04-4014

BRIGHT IDADA FALODUN,

Petitioner-Appellant

v.

UNITED STATES OF AMERICA,

Respondent-Appellee.

PETITIONER'S DESIGNATION OF RECORD AND STATEMENT OF ISSUE FOR APPEAL
8th Cir No. 05-1640

This matter is presently pending appeal in the Eighth United States Circuit Court of Appeals in Case No. 05-1640. The undersigned, counsel for the defendant above-named, pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure, gives notice that the Appellant has requested that the reporter's transcript of all proceedings be forwarded for inclusion in the record on appeal. The parties are considering an agreed statement, and failing such agreement will file separate appendices.

The Appellant further gives notice that he intends to present the following issue for appeal:

1.) Does the decision of the Supreme Court of the United States in *Blakely v. Washington*, 124 S.Ct. 2531 (2004) (as now extended in *United States v. Booker,* 125 S. Ct. 738 (2005)) apply retroactively to collateral review of a conviction or sentence?

Respectfully submitted,

Dated: 3/21/05

*s/Dean S. Grau*

Dean S. Grau
1919 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 338-3646
Atty. Reg. #149615
ATTORNEY FOR DEFENDANT

SCANNED
MAR 23 2005
U.S. DISTRICT COURT ST. PAUL