Dean S. Grau
Attorney at Law
Suite 1919 I.D.S. Center
80 South Eighth Street
Minneapolis, Minnesota 55402

(612)338-3646

RECEIVED
BY MAIL
MAR 23 2005
CLERK US DIST COURT
MINNEAPOLIS MN

March 21, 2005

Mr. Richard D. Sletten
Clerk of Court
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: *Bright Idada Falodun v. United States*
Civil No. 04-4014
Criminal No. 01-380(1) (ADM/RLE)
8th Cir. No. 05-1640

Dear Mr. Sletten:

I have been appointed to represent the above-captioned Petitioner - Appellant in connection with the appeal of his *habeas* case.

I have filed herewith, the Appellant's designation of record and statement of the issue for appeal.

Additionally, I hereby request that your office forward to the Eight Circuit the transcripts of the proceedings, all of which have been previously prepared, are a part of the district court record in No. 01-380(1) (ADM/RLE), and are designated as docket numbers: 187, 438, 460– 474.

Thank you for your attention to this filing and request.

Very truly yours,

*s/Dean S. Grau*

Dean S. Grau
Attorney at Law

c: Mr. David MacLaughlin, AUSA

SCANNED
MAR 23 2005
U.S. DISTRICT COURT ST. PAUL