Law Offices
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859
Telephone: (612) 305-1400
Facsimile: (612) 305-1414

MCM
ATTORNEYS AT LAW
MACKALL CROUNSE & MOORE PLC
www.mcmlaw.com

Patrick C. Summers
Attorney at Law
(612) 305-1473
pcs@mcmlaw.com

March 31, 2005

RECEIVED
BY MAIL
APR 4 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Clerk of Court
United States District Court
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: U.S. v. Bright Falodun, Casey Irwin, et al.
Court File No. 01-380 (ADM/RLE)
Our File No. 83223-756

Dear Sir or Madam:

Back in August of 2002, my client, General Motors Acceptance Corporation, was a lien holder in property involving forfeiture in the above matter and moved the Court to release this property to their custody. In February 2003, the Court granted GMAC's motion and issued an Order for Release of Property from Preliminary Order of Forfeiture, a copy of which is enclosed. Since my client no longer has an interest in this case, I would appreciate it if you would remove my name from your list of e-mail recipients in connection with any Court filings in this matter.

Should you have any questions, please feel free to contact me.

Thank you.

Very truly yours,

MACKALL, CROUNSE & MOORE, PLC

Patrick C. Summers

Enclosure

PCS/kkl#739222v1

SCANNED
APR 4 2005
U.S. DISTRICT COURT MPLS

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-380 (ADM/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHT IDADA FALODUN,<br>CASEY LEANNE IRWIN,<br><br>Defendant. | ORDER FOR RELEASE OF PROPERTY FROM PRELIMINARY ORDER OF FORFEITURE |

Based on the United States' Motion for Release of Property from Preliminary Order of Forfeiture, the Stipulations for Release of Forfeited Property to Lien Holder, and on all the files and records herein,

IT IS HEREBY ORDERED that the 1999 Mercedes Benz ML430, VIN 4JGAB72EOXA059050, and the 2000 Chevrolet Impala, VIN 2G1WF55E7Y9339004, are released from the Preliminary Order of Forfeiture entered on June 27, 2002.

IT IS FURTHER ORDERED that, pursuant to the stipulations that have been signed by defendants Bright Idada Falodun and Casey Leanne Irwin, the United States shall release the 1999 Mercedes Benz ML430, VIN 4JGAB72EOXA059050, to Wells Fargo Bank, N.A., and the United States shall release the 2000 Chevrolet Impala, VIN 2G1WF55E7Y9339004, to the General Motors Acceptance Corporation.

Dated: February 24, 2003

ANN D. MONTGOMERY, Judge
United States District Court

MACKALL, CROUNSE & MOORE
FEB 25 2003
RECEIVED

FILED FEB 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK