# UNITED STATES DISTRICT COURT
## District of Minnesota

RECEIVED
05 APR 20 PM 3:19
CLERK, U.S. DIST. COURT
ST. PAUL, MN

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL SHEET

COPY

**Date:** April 19, 2005

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Michelle Conway, U.S. District Court - St. Paul, Minnesota

**Appeal Number:** **05-1455**

**District Court Number:** CR 01-380 (1) ADM/RLE **Bright Idada Falodun**

**TRANSMITTED HEREWITH:**

Three (3) Designated Clerk's Records

(x) Entered in ECF (USDC purposes only)

---

**USCA ACKNOWLEDGMENT**

Received

By:

RECEIVED
APR 19 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT - ST. PAUL

Returned to District Court

Date:

By:

SCANNED
APR 20 2005
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## DESIGNATION OF RECORD

United States of America — Appeal No. 05-1455

vs.

Bright Idada Falodun — Criminal No. 01-380 (1) ADM/RLE

Date delivered to U.S.C.A.: 4/19/05

Prepared by: mc

# U.S. DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

vs.

**Bright Idada Falodun**

U.S.C.A. #: 05-1455
District Court #: Criminal 01-380 (1) ADM/RLE

## INDEX


| | | Date Filed | Page Numbers |
|---|---|---|---|
| 1. | First Superseding Indictment | 4/5/02 | 1-56 |
| 2. | Amended Judgment in a Criminal Case | 2/19/03 | 57-64 |
| 3. | Pro-Se Motion to Vacate under 28 U.S.C. 2255 | 9/1/04 | 65-97 |
| 4. | Pro-Se Motion to Appoint John S. Hughes as Counsel | 10/5/04 | 98 |
| 5. | Memorandum in Opposition by USA re: Motion to Vacate | 10/8/04 | 99-110 |
| 6. | Letter from deft Bright Falodun re: status of 2255 motion and request for court appointed counsel. | 10/15/04 | 111 |
| 7. | Pro-Se Motion to Compel atty for the gov't to disclose evidence favorable to the deft | 10/18/04 | 112-114 |
| 8. | Pro-Se Motion for Disclosure of 404 evidence | 10/18/04 | 115 |
| 9. | Pro-Se Motion for Discovery and Inspection | 10/18/04 | 116-118 |
| 10. | Pro-Se Motion to Suppress statements, admissions, and answers | 10/18/04 | 119-120 |
| 11. | Letter to Defendant regarding Oct. 13, 2004 letter | 10/19/04 | 121 |
| 12. | Response by Bright Falodun re: Memorandum in Opposition by USA | 10/20/04 | 122-129 |

| | | | |
|---|---|---|---|
| 13. | Order on Motions | 10/25/04 | 130-136 |
| 14. | Pro-Se Application for Certificate of Appealability | 10/29/04 | 137 |
| 15. | Notice of Appeal | 10/29/04 | 138 |
| 16. | Letter from Judge Montgomery to defendant Bright Falodun | 12/1/04 | 139 |
| 17. | Pro-Se Letter to District Judge from Bright Falodun re: request for items | 12/1/04 | 140-144 |
| 18. | Memorandum and Order | 2/22/05 | 145-147 |
| 19. | Petitioner's Designation of Record and Statement of Issue for Appeal w/ attached letter to the Clerk of Court | 3/23/05 | 148-149 |
| 20. | Docket Sheet | | 150-184 |