# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL

AUG 01 2005

CLERK US DIST COURT
ST. PAUL, MN

No. 05-1640

| | | |
|---|---|---|
| Bright Idada Falodun, | * | |
| Appellant, | * | |
| | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| | * | |
| United States of America, | * | CR01-380(1) ADM/RLE |
| Appellee. | * | |

Before MORRIS SHEPPARD ARNOLD, HEANEY, and, FAGG, Circuit Judges

**JUDGMENT**

This appeal comes before the court on appellant's motion to expand the certificate of appealability. The court has carefully reviewed the original file of the district court, and the motion to expand the certificate of appealability is denied. The judgment of the U.S. District Court is summarily affirmed. The appeal is dismissed. The motion to expand the record is now moot.

(5361-010199)

May 19, 2005

SCANNED
AUG 01 2005
U.S. DISTRICT COURT ST. PAUL

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans