09-15-05

Dear montgomery

Honorable Ann D montgomery
united states District Court
300 South 4th Street
minneapolis mn 55415

this motion have been forward, to united states District court for the District of minnesota
a complete was filed with saff member Lise J W Hollingsworth
she review form to transfered mr Falodun base of my points and security points and the
in the institution FCI sandstone and security points of my security
incident report number 12 low of my security transfered
was process the institution fci sandstone from a transfered
monves this institution violation my due process of my right
in course and BOP Public form to transfered my to orders
institution bea public they form to transfered was a violation
of Fifth Amendment constitutional right and they form
the institution public Federal Rules Civil Procedures and the Federal Rule of
and BOP Program statement they been the sixth Amendment
criminal Procedures was its violation of in all criminal Prosecutions is
contitutional guarantee that in all Food service my saff member
no allow to it in this Food service and charge see to pattern copy
I will Provide incident report and charge

thank you in advance for your time and assistance

Yours
Bright Falodun

I and in the Special Housing unit

RECEIVED
SEP 19 2005
U.S. DISTRICT COURT
JUDGE MONTGOMERY CHAMBERS

SCANNED
SEP 20 2005
U.S. DISTRICT COURT MPLS