BP-S288.052 INCIDENT REPORT CDFRM
MAY 1994
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| | | | |
|---|---|---|---|
| 1. Name Of Institution: | FCI SANDSTONE, MINNESOTA<br>Part I - Incident Report | | |
| 2. Name Of Inmate<br>Falodun, Bright | 3. Register Number<br>10262-041 | 4. Date Of Incident<br>09-09-2005 | 5. Time<br>3:20PM |
| 6. Place Of Incident<br>SHU | 7. Assignment<br>Unassigned | 8. Unit<br>D Unit | |

9. Incident: **Attempted Assault** CODE: 224

11. Description Of Incident (Date: 09-09-05 Time: 3:20 PM Staff become aware of incident)

**On September 9, 2005 at approximately 3:20 pm, during a calculated use of force, Inmate Falodun had a concealed weapon in his right hand which he tried to use as a weapon. The weapon was later found to be a sharpened 3 ½ inch pencil.**

| | | |
|---|---|---|
| 12. Signature Of Reporting Employee<br>[signature] | Date And Time<br>09-09-05<br>9:00 PM | 13. Name And Title (Printed)<br>D. Gravdal/Senior Officer |

| | | |
|---|---|---|
| 14. Incident Report Delivered To Above Inmate By<br>Randy Atterbury | 15. Date Incident Report Delivered<br>9-10-05 | 16. time Incident Report Delivered<br>9:05 Am |

Part II - Committee Action 09-13-05 3:55 Pm

17. Comments Of Inmate To Committee Regarding Above Incident Inmate Falodun was advised of his rights and agreed to make the following statement; "I had a pencil in my hand, but I did not use it as a Weapon. I was writing a letter when they came in on me."

| | |
|---|---|
| 18. A. It Is The Finding Of The Committee That You:<br>✓ Committed The Following Prohibited Act.<br>____ Did Not Commit A Prohibited Act. | B. ✓ The Committee Is Referring The Charge(s) To The DHO For Further Hearing.<br>C. ____ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days. |

19. Committee Decision Is Based On The Following Information The greater weight of the evidence, The Officers written report and the inmates admission he had the pencil in his hand

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act) Sanctions are greater than what can be imposed by UDC. Recommendations; 30 days D/S, 180 days L/P Phone

21. Date And Time Of Action 09-13-05 3:55 Pm (The UDC Chairman's Signature Next To His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

T Nordstrom [signature] [signature]
Chairman (Typed Name/signature) Member (Typed Name) Member (Typed Name)

Record Copy - Central File Record; Copy - DHO; Copy - Inmate After UDC Action; Copy - Inmate Within 24 Hours Of Part I Preparation
(This Form May Be Replicated Via WP) Replaces BP-288(52) Of Jan 88

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

1. Name Of Institution: **FCI SANDSTONE, MINNESOTA**
Part I - Incident Report

| 2. Name Of Inmate | 3. Register Number | 4. Date Of Incident | 5. Time |
|---|---|---|---|
| **Falodun, Bright** | **10262-041** | **09-09-2005** | **3:20PM** |
| 6. Place Of Incident **SHU** | 7. Assignment **Unassigned** | 8. Unit **D Unit** | |

9. Incident: **Attempted Assault** CODE: **224**

11. Description Of Incident (Date: 09-09-05 Time: 3:20 PM Staff become aware of incident)

**On September 9, 2005 at approximately 3:20 pm, during a calculated use of force, Inmate Falodun attempted to bite me on three separate occasions.**

| 12. Signature Of Reporting Employee | Date And Time | 13. Name And Title (Printed) |
|---|---|---|
| Edward D. Bucsko (signature) | 09-09-05 9:00 PM | **E. Bucsko/Senior Officer** |

| 14. Incident Report Delivered To Above Inmate By | 15. Date Incident Report Delivered | 16. time Incident Report Delivered |
|---|---|---|
| Andy Atterbury (signature) | 9-10-05 | 9:05 am |

Part II - Committee Action 9-13-05 3:47 PM

17. Comments Of Inmate To Committee Regarding Above Incident Inmate Falodun was advised of his rights and agreed to make the following statement " That is a lie, look at the tape, I never tried to bite anyone "

18. A. It Is The Finding Of The Committee That You:
✓ Committed The Following Prohibited Act.
_____ Did Not Commit A Prohibited Act.

B. ✓ The Committee Is Referring The Charge(s) To The DHO For Further Hearing.
C. _____ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days.

19. Committee Decision Is Based On The Following Information The greater weight of the evidence, The officers written report. Incident warrants sanctions greater than what can be imposed by UDC.

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act) UDC Recommends, 180 day L/P Phone, 30 days D/S

21. Date And Time Of Action 09-13-05 (The UDC Chairman's Signature Next To His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

T Nordstrom (signature) Chairman (Typed Name/Signature)
John L. (signature) Member (Typed Name)
Member (Typed Name)

Record Copy - Central File Record; Copy - DHO; Copy - Inmate After UDC Action; Copy - Inmate Within 24 Hours Of Part I Preparation
(This Form May Be Replicated Via WP) Replaces BP-288(52) Of Jan 88

BP-S288. INCIDENT REPORT CDFRM
MAY 1994
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

1. Name Of Institution: FCI SANDSTONE

Part I - Incident Report

| 2. Name Of Inmate | 3. Register Number | 4. Date Of Incident | 5. Time |
|---|---|---|---|
| FALODUN BRIGHT | 10262-041 | 9/08/05 | 9:00 PM |
| 6. Place Of Incident<br>DISCIPLINARY SEGREGATION | 7. Assignment<br>N/A | 8. Unit<br>D UNIT | |

9. Incident REFUSING TO OBEY A DIRECTIVE FROM STAFF 307
DAMAGE TO GOVERNMENT PROPERTY 329

11. Description Of Incident (Date: 9/8/05 Time: 9:00 PM Staff become aware of incident) While making a round Inmate cells z03-17,18,19 were flooding from the toilets and had about 2" of standing water and the toilets were full inmate Falodun was washing his shoes in the sink in z 03-017. I told Inmate Falodun to stop running water and while attempting to get the water contained Inmate Falodun continued to run water in cell and flush toilet which caused more water to come up in cells 18 and 19. Officer Posthumas directed Inmate Falodun to stop running water in cell. I told Inmate Falodun to stop and shut the water off to his cell Lt Atteberry was notified and the water was cleaned up and inmates in cells Z03-018 and z03-19 were moved Inmate Falodun was told that he would be moved and he refused a third directive Inmate Falodun was left in z 03-017 with water shut off and was told when he needed the water he was to ask and it would be turned on Per Ops Lt Atteberry

| 12. Signature Of Reporting Employee | Date And Time | 13. Name And Title (Printed) |
|---|---|---|
| [signature] | 9/8/0511:00pm | White Alan T S/O/S |

| 14. Incident Report Delivered To Above Inmate By | 15. Date Incident Report Delivered | 16.time Incident Report Delivered |
|---|---|---|
| [signature] | 9-9-05 | 815a |

Part II - Committee Action 09-13-05 3:33 PM

17. Comments Of Inmate To Committee Regarding Above Incident Inmate Falodun was advised of his rights and agreed to make the following statement. "The statement in the incident report is a lie. I did wash my shoes in the sink and did not intentially get water on the floor

18. A. It Is The Finding Of The Committee That You:
✓ Committed The Following Prohibited Act.
____ Did Not Commit A Prohibited Act.

B. ✓ The Committee Is Referring The Charge(s) To The DHO For Further Hearing.
C. ____ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days.

19. Committee Decision Is Based On The Following Information The greater weight of the evidence is the officers written report. Refer to DHO, Incident warrants sanctions greater than what UDC can impose

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act) Recommend 30 days DS, for 307 (Repetitive)
Recommend L/P Phone 180 days for 329

T Nordstrom [signature] [signature]

BP-S288.052 INCIDENT REPORT CDFRM
MAY 1994
U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

1. Name Of Institution: FCI Sandstone

Part I - Incident Report 1380681

| 2. Name Of Inmate | 3. Register Number | 4. Date Of Incident | 5. Time |
|---|---|---|---|
| Falodun, Bright | 10262-041 | 09-09-05 | 2:15 pm |
| 6. Place Of Incident | 7. Assignment | 8. Unit | |
| Special Housing Unit Cell #17 | Unassigned | B-Unit | |

9. Incident
Refusing to obey an order of any staff member.

11. Description Of Incident (Date: 09-09-05 Time: 2:15pm Staff become aware of incident)
On 09-09-05, at 2:15pm, I ordered Inmate Falodun #10262-041 to submit to hand restraints and come out of cell #17 and be placed in cell #9 downstairs. Inmate Faldoun refused to submit to hand restraints and come out of cell #17. On 09-09-05, at 3:20 pm, I ordered Inmate Faldoun to submit to hand restraints and come out of cell #17, and again he refused.

| 12. Signature Of Reporting Employee | Date And Time | 13. Name And Title (Printed) |
|---|---|---|
| [signature] LT | 09-09-05 5:15 pm | J. Skowronek, Lieutenant |

| 14. Incident Report Delivered To Above Inmate By | 15. Date Incident Report Delivered | 16. time Incident Report Delivered |
|---|---|---|
| [signature] | 9-10-05 | 1:25pm |

Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident 09-13-05 3:40 PM Inmate Falodun was advised of his rights and agreed to make the following statement; "I didn't refuse any thing, I didn't come to the door, because they were kicking it."

18. A. It Is The Finding Of The Committee That You:
✓ Committed The Following Prohibited Act.
____ Did Not Commit A Prohibited Act.

B. ✓ The Committee Is Referring The Charge(s) To The DHO For Further Hearing.
C. ____ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days.

19. Committee Decision Is Based On The Following Information The officers written report and the inmates own admission he did not cuff up when he was directed to by the Lieutenant.

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act) Sanctions are greater than what can be imposed by UDC, UDC Recommends 30 days D/S (Repetive action)

21. Date And Time Of Action 09-13-05 3:40 PM (The UDC Chairman's Signature Next To His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

T Nordstrom [signature]
Chairman (Typed Name/signature)

John Lind [signature]
Member (Typed Name)

Member (Typed Name)

Record Copy - Central File Record; Copy - DHO; Copy - Inmate After UDC Action; Copy - Inmate Within 24 Hours Of Part I Preparation
(This Form May Be Replicated Via WP)

Replaces BP-288(52) Of Jan 88