Bright Idalda Falodun
10262-041 B
Federal Correctional Institution
P O Box 1000
Sandstone MN 55072

Honorable Ann D Montgomery
600 united States courthouse
300 South Fourth Street
Minneapolis MN 55415

CR01-380 ADM

re Bright Idalda V unit States et al criminal NO 01-380 ADM/RLE

to Honorable Ann D Montgomery

I will like a Proposed Plea agreement to settle the Criminal matter Substantially complete except that this Proposed was on a Laser miss of Proceed of a Crime in this Case that a referencen on 8-10-2004 form, your offer, does items to KParnu my Proposed [illegible] a violations of Constitutional right countenu and the fifth Amendment Constitutional guarantee to substantive right to due Process of Law and the Sixth Amendment constitutional Guarantee that right to a Speedy and Public trial by an impartial Jury of State and district wherein the crim shall have committed

SCANNED
SEP 21 2005
U.S. DISTRICT COURT MPLS

RECEIVED
SEP 20 2005
U.S. DISTRICT COURT
JUDGE MONTGOMERY CHAMBERS

Backeground of the case

on april 5 2002 a S1 count Supersedins was filed in the district of minneota Emanating from an orisinal Indictment Filed was District of minnesota in the Criminal case was Charsed to Federal Grand jury and applied to the Facts of this case they was Jury Verdict on 6 6-2002 appellant Proceeded to trial on all before th Honrable Ann D montgomery United States District Judge and subsequestly was Found Guilty on June 6 2002 on 1 Count S1 of the Supersedins Indictment was a Forfeiture count the District court FLonthr Violation the Procedural of a Criminal trial in this case Please see a date 3-4-05 that the District court Tonwu to Federal Rules of Criminal Procedure was theta the Fift Amendment constitutional guarantee to to Substantive rsht to due Process of Law and the Amendment Constitutional Guarantee that in all Criminal Prosecutions the accused shall enjoy the right to a speedy and Public trial by an impartial Jury of the state and district wherein the crime shall have bee Committed the reference From the Assistant US Attorney David macleuShlin a referene that Done items to known my Property was the a violation of Fifth Amendment Constitutional risht wow due Process of Law th rewure bun Law

my sixth Amendment right was Violation
but District court [illegible] to give order
to mr macLauslin to requested of Proposed s[illegible]
and [illegible] mrs Sandra Brneman was Violation my
right [illegible] in this [illegible]

End Complete

thank you form time