1978 345

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

November 14, 2005

FILED
NOV 22 2005
MICHAEL GANS
CLERK OF COURT

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

RECEIVED
BY MAIL
NOV 25 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Re: Bright Idada Falodun
v. United States
No. 05-7000
(Your No. 05-1640)

CR01-380 ADM/RLE

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk

RECEIVED
NOV 22 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
U.S. DISTRICT COURT ST. PAUL