UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff, ORDER

v. Criminal No. 01-380(1)(ADM/AJB)

BRIGHT IDADA FALODUN,

Defendant.

---

Before the Court is the Motion for Relief of Sentence For Lack of Enactment of Title 18, Subject Matter, Territorial Jurisdiction, Unqualified Grand Jury, Inspection of Jury List. The Court has reviewed the files and records herein and IT IS HEREBY ORDERED that the motion (Doc. Nos. 545 & 546) is DENIED.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: July 24, 2006.